UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO: 8:24-cr-110-MSS-NHA

GREGORY MUNOZ

_____

## ORDER

THIS CAUSE is before the Court on the Defendant's Unopposed Motion to Continue (Dkt. 25) The Defendant is requesting that the sentencing, which is presently scheduled for July 23, 2024, be continued.

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Unopposed Motion to Continue is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **September 24, 2024 at 10:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 28th day of June 2024.

Copies to:   Counsel of Record
             U.S. Marshal Service
             U.S. Probation Office
             U.S. Pretrial

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE