# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 8:24-cr-110-MSS-NHA

**GREGORY MUNOZ**

_____

## ORDER

**THIS CAUSE** is before the Court for consideration of the Joint Motion to Continue Sentencing. (Dkt. 28) The Parties are requesting that the sentencing, which is presently scheduled for September 24, 2024, be continued.

Accordingly, it is **ORDERED** as follows:

1. The Joint Motion to Continue Sentencing is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **December 4, 2024, at 9:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 6th day of September 2024.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial