# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 8:24-cr-110-MSS-NHA**

**GREGORY MUNOZ**

_____

## ORDER

THIS CAUSE is before the Court on the Joint Motion to Continue Sentencing (Dkt. 33) The parties are requesting that the sentencing, which is presently scheduled for December 4, 2024, be continued for 180 days.

Accordingly, it is **ORDERED** as follows:

1. The Joint Motion to Continue Sentencing is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **June 3, 2025 at 10:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 25th day of November 2024.

Copies to:  Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE